Clinton Glass Company, appellee, v. Justine E. Scharmer, appellant. Gen. No. 32,584.

Opinion filed June 20, 1928. Rehearing denied July 5, 1928.

Ernest Saunders, for appellant. Howard D. Moses, for appellee; Carl J. Appell, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Tony Mrozek, appellant, v. Fred A. Rauch, trading as F. A. Rauch & Company, appellee. Gen. No. 32,548.

Opinion filed June 25, 1928.

Solomon Lettvin, for appellant. Samuel Berenbaum, for appellee. Mr. Presiding Justice O'Connor delivered the opinion of the court.

The Newton & Hoit Company, appellant, v. Simon W. Straus et al., trading as S. W. Straus & Company, appellees. Gen. No. 32,620.

Opinion filed June 25, 1928.

Moses, Kennedy, Stein & Bachrach, for appellant; Julius Moses, Walter Bachrach and Walter H. Moses, of counsel. Gottlieb, Schwartz & Markheim, for appellees; Ulysses S. Schwartz and Claude A. Roth, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Chicago Title & Trust Company, appellee, v. Georgiana De Lasaux et al., on appeal of Georgiana De Lasaux, appellant. F. W. Harsh, Jr., appellee. Gen. No. 32,659.

Opinion filed June 25, 1928. Rehearing denied July 9, 1928.

Harry W. Standidge, for appellant. Tyler Dotson, Geter & Lorick, for F. W. Harsh, Jr., appellee. Edmund J. Reynolds, for Chicago Title & Trust Co., appellee; Sherman C. Spitzer, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.